LAWRENCE FRASCA, Appellant, v GENERAL MOTORS CORPORATION, CADILLAC MOTOR DIVISION, Respondent. [643 NYS2d 1019]

The Supreme Court correctly denied the plaintiff's motion to stay execution of the judgment, since the plaintiff failed to meet his burden of establishing that the subject funds were exempt from execution *(see, Zadar Constr. & Woodworking v Charter Woodworking Corp.,* 158 AD2d 454; *Matter of Lesiak v Beneficial Commercial Corp.,* 101 AD2d 672).

We have considered the plaintiff's remaining contentions and find them to be without merit. Sullivan, J. P., Santucci, Joy and Hart, JJ., concur.